Case 2:13-cv-00858-JAM-DAD   Document 3   Filed 05/03/13   Page 1 of 5

FILED

MAY 03 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK



1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $25,900.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:13-CV-00858-JAM-CKD<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on May 2, 2013, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $25,900.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent James Delaney, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

1

Order Re Clerk's Issuance of Warrant for Arrest

1 | Actions;

2 | IT IS HEREBY ORDERED that the Clerk for the United States District Court,
3 | Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the
4 | defendant currency.

5 | Dated: May 3, 2013

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
United States Magistrate Judge

2

BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $25,900.00 IN U.S. CURRENCY,<br><br>   Defendant. | 2:13-CV-00858-JAM-CKD<br><br>WARRANT FOR ARREST OF ARTICLES *IN REM* |

TO THE U.S. MARSHALS SERVICE OF THE EASTERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint for forfeiture has been filed on May 2, 2013, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $25,900.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C § 881 (a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that when the United States files a complaint demanding forfeiture for a violation of a federal statute,

1  the clerk must issue a warrant to arrest the property if it is in the government's
2  possession, custody, or control. The defendant currency is in the custody of the U.S.
3  Marshals Service for the Eastern District of California;
4      WHEREAS, in addition, the United States Magistrate Judge Kendall J. Newman
5  has ordered that the Clerk for the United States District Court, Eastern District of
6  California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency
7  based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug
8  Enforcement Administration Special Agent James Delaney stating that there is probable
9  cause to believe that the defendant currency so described constitutes property that is
10 subject to forfeiture for such violation(s);
11     YOU ARE THEREFORE, HEREBY COMMANDED to arrest and seize the
12 defendant currency, and use discretion and whatever means appropriate to protect and
13 maintain said defendant currency; and
14     IT IS FURTHER ORDERED that you shall provide notice of this action to all
15 persons thought to have an interest in or claim against the defendant currency by serving
16 upon such persons a copy of this warrant and a copy of the Verified Complaint for
17 Forfeiture *In Rem* in a manner consistent with the Supplemental Rules, the Federal
18 Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law. This warrant provides notice
19 that in order to avoid forfeiture of the defendant currency, any person claiming an
20 interest in, or right against, the property must file a verified claim, signed under penalty
21 of perjury, identifying the interest in, or right against, the property in the manner set
22 forth in Rule G(5)(a) of the Supplemental Rules, Federal Rules of Civil Procedure, except
23 that in no event may such a claim be filed later than 35 days after the date of notice of
24 the forfeiture action and a copy of the complaint was sent or, as applicable, 60 days after
25 the first day of publication on the official internet government forfeiture site
26 www.forfeiture.gov posting the notice of forfeiture action. In addition, any person having
27 filed such a claim must also file an answer to the complaint or a motion under Rule G(5)
28 and Fed. R. Civ. P., Rule 12 no later than 21 days after the filing of the claim, with a copy

1 | thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100,
2 | Sacramento, CA 95814.
3 |     IT IS FURTHER ORDERED that, promptly after execution of this process, you
4 | shall file the same in this Court with your return thereon, identifying the individuals
5 | upon whom copies were served and the manner employed.
6 | Dated: **MAY 3**, 2013          VICTORIA C. MINOR, Clerk

By: _/s/ signature_
Deputy Clerk
United States District Court
Eastern District of California