UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY $25,900.00 IN U.S. CURRENCY,

Defendant.

No. 2:13-cv-0858 JAM DAD PS

ORDER

The United States of America commenced this action on May 2, 2013, by filing a verified complaint for forfeiture *in rem*. (Doc. No. 1.) On July 19, 2013, Gerard Richard, proceeding pro se, filed a request for an extension of time to file an answer. (Doc. No. 9.) On July 23, 2013, the matter was referred to the undersigned pursuant to Local Rule 302(c)(21). (Doc. No. 10.)

On July 24, 2013, the United States of America filed an opposition to the motion for an extension of time, arguing that Mr. Richard had not filed a claim asserting an interest in the defendant $25,900 in U.S. Currency and therefore was not a claimant who could file an answer and that he had not established grounds upon which he should be allowed to now file an untimely claim and answer. (Doc. No. 11.) On July 26, 2013, a document, styled as an answer, was filed by Gerard Richard. (Doc. No. 13.) On August 14, 2013, Gerard Richard filed a "MOTION FOR

ACCEPTANCE OF PREVIOUSLY SUBMITTED CLAIM." (Doc. No. 14.) On August 16, 2013, the United States of America filed a document with the court styled as a "status report; request for briefing schedule and postponement of the filing of a joint status report." (Doc. No. 15.) In that filing the government appears to request a briefing schedule with respect to Mr. Richard's motion for extension of time to file an answer, to which the government already filed opposition, and his motion for acceptance of previously submitted claims. However, it remains unclear what it is precisely the government wishes to brief. The court concludes that a status conference is appropriate to discuss with the parties how best to proceed in this action.

Good cause appearing, IT IS ORDERED that:

1. A Status Conference is set for Friday, September 27, 2013, at 10:00 a.m. at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. Any party may appear at the Status Conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Status (Pretrial Scheduling) Conference. A land line telephone number must be provided; and

3. The parties are advised that failure to appear at the status conference, either in person or telephonically, may result in the imposition by the Court of a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183.

Dated: August 21, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\usv$25,900.0858