UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cv-0858 JAM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $25,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

      This matter came before the court on October 25, 2013, for a status conference. Kevin Khasigian, Esq. appeared on behalf of the plaintiff. Claimant Gerard Richard appeared telephonically on his own behalf.

      Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

      1. Mr. Richard's July 19, 2013 motion for an extension of time (Doc. No. 9) is denied without prejudice;

      2. Mr. Richard's August 14, 2013 motion for acceptance of previously submitted claim (Doc. No. 14) is denied without prejudice;

/////

/////

       3. Within thirty days of the date of this order Mr. Richard shall file and serve a proper verified claim. Within twenty-one days thereafter Mr. Richard shall file and serve an answer to the May 2, 2013 complaint for forefeiture in rem.[1] Within fourteen days thereafter plaintiff shall file a proposed schedule for this action. Mr. Richard may file his own proposed schedule within fourteen days thereafter; and

       4. After the above documents have been filed, the undersigned will issue a scheduling order in this action.

Dated: October 25, 2013

DAD:6
Ddad1\orders.pro se\usv$25,900.0858.oah.102513.docx

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Richard is cautioned that the failure to timely file the documents identified in this order may result in an order to show cause as to why he should not be dismissed from this action for failure to pursue his claim and for failure to comply with an order of this court.